THE FIRST NATIONAL BANK OF THE CITY OF BROOKLYN, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Judgment and

# 734 CASES REPORTED WITH BRIEF SYLLABI.

order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.